IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE INS CO, | No. C 06-06885 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AMERICAN HOME ASSURANCE CO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR DEFTS. MOTION FOR SUMMARY JUDGMENT: October 12, 2007, at 9:00 a.m.

FURTHER CASE MANAGEMENT: October 12, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 8, 2008.

DESIGNATION OF EXPERTS: 12/7/07; REBUTTAL: 12/17/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 8, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 15, 2008;

Opp. Due February 29, 2008; Reply Due March 7, 2008;

and set for hearing no later than March 21, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 22, 2008 at 3:30 PM.

COURT TRIAL DATE: May 5, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/10/08

SUSAN ILLSTON
United States District Judge