Jeffrey Kaufman (State Bar No. 48095)
Paulette Donsavage (State Bar No. 158681)
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
Tel:    (415) 247-8300
Fax:    (415) 247-8310
jkaufman@kllaw.com
pdonsavage@kllaw.com

Attorneys for Plaintiff
AMERICAN AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY,<br><br>                    Plaintiff(s),<br><br>    vs.<br><br>AMERICAN HOME ASSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>                    Defendant(s). | No. 06-06885 SI<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 19, 2007            KAUFMAN & LOGAN LLP

                                                            By: /s/ Paulette Donsavage
                                                            Paulette Donsavage
                                                            Attorneys for Plaintiff, AMERICAN AUTOMOBILE
                                                            INSURANCE COMPANY

STIPULATION OF DISMISSAL

DATED: September 19, 2007        MCCURDY & FULLER LLP

By: _____Kevin McCurdy_____
Kevin McCurdy
Attorneys for Plaintiff, AMERICAN HOME ASSURANCE COMPANY

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION OF DISMISSAL

1  I, Damyta Jones, declare:

2  I am over the age of eighteen (18) years, am not a party to this action, and am employed in the County of San Francisco at 100 Spear Street, 12th Floor, San Francisco, CA 94105.

On September 19, 2007, following ordinary business practices, I caused service of the following document:

## STIPULATION OF DISMISSAL

and this proof of service to be completed by:

__X__  Electronic Mail with hard copy to follow by Regular U.S. Mail.  I am readily familiar with Kaufman & Logan's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence was deposited with the United States Postal Service on the day on which it is collected at Kaufman & Logan and that the envelope was sealed and deposited in the mail with the postage thereon fully prepaid addressed to the following party[ies]:

Kevin G. McCurdy, Esq.
Maryam Gilak, Esq.
**McCurdy & Fuller LLP**
1080 Marsh Road, Suite 110
Menlo Park, CA 94025
650-618-3500
650-618-3599 (Fax)
kevin.mccurdy@mccurdylawyers.com
maryam.gilak@mccurdylawyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DATED: September 19, 2007

Damyta Jones

G:\Clients\1355\133\DJJ-POS.DOC